*Louis Monarch* for respondent.

No. 493. DOCHENEY *v.* PENNSYLVANIA R. Co. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Thomas Hoffman* for petitioner. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill,* and *Robert D. Dalzell* for respondent.

No. 449. HASKELL ET AL. *v.* CALIFORNIA. See same case, *ante,* p. 576.

No. 158. FOREIGN TRANSPORT & MERCANTILE CORP. *v.* MORAN TOWING & TRANSPORTATION Co. December 12, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John C. Crawley* and *Earle Farwell* for petitioner. No appearance for respondent.

No. 485. DILLON *v.* UNITED STATES. December 12, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thomas P. Cleary* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 500. BEVAN *v.* LIGHT, SHERIFF. December 12, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioner. *Messrs. Raymond T. Jackson, New-*